IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES D. BOWER,** : | |
|     Plaintiff : | |
| : | No. 1:22-cv-01066 |
| v. : | |
| : | (Judge Kane) |
| **CLINTON COUNTY** : | |
| **CORRECTIONAL FACILITY,** : | |
|     Defendant : | |

## ORDER

**AND NOW**, on this 11th day of January 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Clinton County Correctional Facility's motion to dismiss (Doc. No. 3) is **GRANTED**;

2. Plaintiff's claims against Defendant Clinton County Correctional Facility are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** in all other respects pursuant to 28 U.S.C. § 1915A;

4. Within thirty (30) days of the date of this Order, Plaintiff may file an amended complaint that corrects the deficiencies identified in the accompanying Memorandum with respect to his claims against Defendants "Wellpath," Alees Williams, Cathy Perry, Ruth Thomas, Brandi McGill, Kira Munro, Devin Beaver, Teresa Fisher, Benjamin Johnson, Christina Mazzula, Amanda Connelly, Micheal Snodgrass, and William Detterline;

5. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

6. If Plaintiff fails to file an amended complaint within thirty (30) days of the date of this Order, this case will be dismissed without further leave to amend.

                                                             s/ Yvette Kane
                                                             Yvette Kane, District Judge
                                                             United States District Court
                                                            Middle District of Pennsylvania